# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| VALMONT INDUSTRIES, INC.,, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | NO. 3:26-cv-00299 |
| ) | |
| BETTER METAL, LLC, ) | |
| ) | |
|    Defendant. ) | |

## ORDER

This case is set for a telephonic status conference for **June 4, 2026, at 9:00 a.m.** The parties shall call 1-855-244-8681, and when prompted enter access code 2314 537 9888# to participate in the call. If a party has difficulty connecting, please contact chambers at 615-736-7013.

During the telephone conference, the parties and their counsel of record shall state their name before speaking, never interrupt the court or another person speaking and when referring to a document filed with the Court, use the designated docket number.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE

1